IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE PRINCE, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CASE NO. 2:15-CV-634-WKW |
| THE STATE OF ALABAMA, | )          [WO] |
| | ) |
| Defendant. | ) |

## **ORDER**

On November 9, 2015, the Magistrate Judge filed a Recommendation (Doc. # 11) to which Plaintiff filed an objection (Doc. # 12). The court has conducted an independent and *de novo* review of those portions of the Recommendation to which objection is made, *see* 28 U.S.C. § 636(b), and finds that the objection is without merit. Accordingly, it is ORDERED as follows:

(1)  Plaintiff's objection (Doc. # 12) is OVERRULED;

(2)  The Recommendation (Doc. # 11) is ADOPTED;

(3)  Defendant's motion to dismiss (Doc. # 7) is GRANTED;

(4)  Plaintiff's claim against the State of Alabama relating to his surname is DISMISSED without prejudice as barred by the Eleventh Amendment;

(5)     Plaintiff's remaining claims are DISMISSED without prejudice for lack of jurisdiction; and

(6)     Plaintiff is GRANTED to and including **December 12, 2015**, to move for leave to file an amended complaint.  If Plaintiff does not move for leave to file an amended complaint within the time permitted, final judgment will be entered against Plaintiff.

DONE this 3rd day of December, 2015.

                                              /s/ W. Keith Watkins  
                                      CHIEF UNITED STATES DISTRICT JUDGE